UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Federal National Mortgage Association,

        Plaintiff,

v.     Civil No. 13-3603 (JNE/JJK)
    ORDER

Hector Marquez Guevara,
John Doe, and Mary Roe,

        Defendants.

This eviction action was brought by the Federal National Mortgage Association in Minnesota state court and was removed to this Court by Defendant Guevara. On January 2, 2014, the Honorable Jeffrey J. Keyes, United States Magistrate Judge, recommended that the action be remanded to state court. ECF No. 5. Guevara objected through his attorney, William B. Butler,[1] on January 7, 2014. ECF No. 6.

The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation.[2]

---

[1] Butler was suspended from the practice of law before the United States Court of Appeals for the Eighth Circuit on December 26, 2013. *In re Butler*, No. 13-9013 (8th Cir. Dec. 26, 2013). Consequently, Butler was automatically suspended from the practice of law before this Court, effective December 26, 2013. *See* D. Minn. L.R. 83.6(b)(1); *In re Butler,* Misc. No. 13-49 (MJD), ECF No. 10 (D.Minn. Jan. 14, 2014).

[2] The Court has remanded several similar actions to state court. *See, e.g.*, *Fed. Nat'l Mortg. Ass'n v. Bullock et al.*, Civil No. 13-1202 (JNE/JJK); *Fed. Nat'l Mortg. Ass'n v. Guse*, Civil No. 13-801 (PJS/JSM), 2014 WL 127033 (D. Minn. Jan. 14, 2014); *Fed. Home Loan Mortg. Corp. v. Stone*, Civil No. 13-970 (JNE/AJB) (D. Minn. Aug. 12, 2013); *Fed. Nat'l Mortg. Ass'n v. Torborg*, Civil No. 13-1522 (DWF/AJB), 2013 WL 5567450 (D. Minn. Oct. 9, 2013), *appeal docketed*, No. 13-3334 (8th Cir. Oct. 25, 2013).

THEREFORE, IT IS ORDERED THAT:

1. This action is REMANDED to the First Judicial District of the State of Minnesota.

2. The Clerk of Court shall mail a certified copy of this Order to the Clerk of the First Judicial District of the State of Minnesota.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 27, 2014                         s/Joan N. Ericksen
                                                                            The Honorable Joan N. Ericksen
                                                                            United States District Judge